FILED
2025 Jan-28  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**KELANDUS CONSENTA,**
     Plaintiff,

**v.**

                                **Case No. 7:24-cv-1568-CLM-SGC**

**STATE OF ALABAMA,**
     Defendant.

## MEMORANDUM OPINION

Plaintiff Kelandus Consenta brings this case under 42 U.S.C. § 1983. (Doc. 1). On November 18, 2024, the magistrate judge ordered Consenta to, within 30 days, either pay the filing fee or apply to proceed in forma pauperis ("IFP"). (Doc. 3). The magistrate judge warned Consenta that if he failed to do so, the court might dismiss his lawsuit without further notice. (Doc. 3).

The deadline passed, but Consenta did not file an IFP application, pay the required fees, or submit any other response to the court. So the magistrate judge entered a report recommending the court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (Doc. 4). The magistrate judge advised Consenta that he could object to the Report and Recommendation within 14 days, but to date, the court has received no further communication from him.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. (Doc. 4). Consisstent with that recommendation, the court will dismiss this action without prejudice because Consenta has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

The court will enter a separate final order that closes this case.

**Done** on January 28, 2025.

_____

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE